**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 17-7389**

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

MICHAEL CROMWELL, a/k/a Mike Tyson, a/k/a Mikey, a/k/a Charlie,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Arenda L. Wright Allen, District Judge. (2:11-cr-00009-AWA-DEM-1)

_____

Submitted: January 30, 2018               Decided: February 2, 2018

_____

Before MOTZ and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael Cromwell, Appellant Pro Se. Joseph Evan DePadilla, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Cromwell appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.[*] *United States v. Cromwell*, No. 2:11-cr-00009-AWA-DEM-1 (E.D. Va. Sept. 15, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Because Cromwell does not challenge on appeal the district court's disposition of his claim based on Amendment 750 to the Sentencing Guidelines, he has forfeited appellate review of that issue. *See* 4th Cir. R. 34(b).